JOHN H. ANDERSON, Appellant, *v.* KATIE HEROLD, Respondent.

APPEAL from a judgment of the justice of the Municipal Court of the city of New York, ninth district, borough of Manhattan, in favor of the defendant.

Joseph M. Williams, for appellant.

O. J. Hochstadter (Abraham B. Schleimer, of counsel), for respondent.

*Per Curiam.* There are no questions of law involved in this appeal. Upon the authority of Fowler v. Marcus, 41 App. Div. 425; Katz v. Liederman, 32 Misc. Rep. 712.

Present: BISCHOFF, P. J., LEVENTRITT and CLARKE, JJ.

Judgment affirmed, with costs.